O546CV4 



IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-546-CV





GREGORY E. JOHNSON, ET AL.,



 APPELLANTS


vs.





ELI GARZA AND TRUMAN LEACH,



 APPELLEES




 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 475,019, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING



 



ON MOTION FOR REHEARING


 


PER CURIAM


 




 In their motion for rehearing, appellants complain that this court did not consider
the entire record of this cause, based on the use of the word "transcript" in the judgment. The
term "transcript" as used in the judgment includes the statement of facts as well as the entire
record before the court. Appellants' motion for a rehearing, including therein a motion for
certified question and a motion to adopt a proposed opinion, is overruled.




 PER CURIAM


Before Chief Justice Paul W. Nye, Chief Justice Stephen F. Preslar and 

 Justice Jackson B. Smith, Jr.*


Appellants' Motion for Rehearing Overruled


Filed: October 12, 1994


Publish






































* Before Paul W. Nye, Chief Justice (retired), 13th Court of Appeals; Stephen F. Preslar,
Chief Justice (retired), 8th Court of Appeals; and Jackson B. Smith, Jr., Justice (retired), 1st
Court of Appeals, all sitting by assignment. See Tex. Gov't Code Ann. § 74.003(b) (West
1988).